1  JEROME C. ROTH (SBN 159483)
   MUNGER, TOLLES & OLSON LLP
2  560 Mission Street
   Twenty-Seventh Floor
3  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
4  Facsimile:     (415) 512-4077
   *jerome.roth@mto.com*
5
   Attorneys for Defendant
6  LG.PHILIPS LCD AMERICA, INC.

7

8

9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12

| Industrial Computing, Inc., individually and on behalf of all those similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LG.Philips LCD Co. Ltd., LG.Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc.,<br><br>                    Defendants. | CASE NO.  C 07-00184 (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Honorable Bernard Zimmerman |

1       WHEREAS plaintiff filed a complaint in the above-captioned case on or about

2  January 10, 2007;

3       WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid

4  Crystal Display ("LCD") products;

5       WHEREAS more than six complaints have been filed to date in federal district

6  courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of

7  direct purchasers alleging antitrust violations by manufacturers of LCD products (collectively,

8  "the LCD Cases");

9       WHEREAS there is a motion pending before the Judicial Panel on Multidistrict

10 Litigation to transfer the LCD Cases to the Northern District of California for coordinated or

11 consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

12      WHEREAS plaintiff anticipates the possibility of Consolidated Amended

13 Complaints in the LCD Cases;

14      WHEREAS plaintiff and LG.Philips LCD America, Inc. ("LPL America") have

15 agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be

16 more efficient for the parties and for the Court;

17      WHEREAS plaintiff agrees that the deadline for LPL America to respond to the

18 Complaint shall be extended until the earlier of the following two dates:  (1) forty-five days after

19 the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after

20 plaintiff provides written notice to LPL America that he does not intend to file a Consolidated

21 Amended Complaint, provided that such notice may be given only after the initial case

22 management conference in the MDL transferee court in this case;

23      WHEREAS plaintiff further agrees that this extension is available, without further

24 stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of

25 their intention to join this extension;

26      WHEREAS this Stipulation does not constitute a waiver by LPL America or any

27 defendant of any defense, including but not limited to the defenses of lack of personal or subject

28

- 1 -    STIPULATION FOR EXTENSION
         OF TIME   CASE NO. CV 07-00184 (BZ)

1 | matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper
2 | venue.

3 |     PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR
4 | RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

5 |     1. The deadline for LPL America to respond to the Complaint shall be
6 | extended until the earlier of the following two dates (1) forty-five days after the filing of a
7 | Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff
8 | provides written notice that he does not intend to file a Consolidated Amended Complaint,
9 | provided that such notice may be given only after the initial case management conference in the
10 | MDL transferee court in this case.

11 |     2. This extension is available, without further stipulation with counsel for
12 | plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of
13 | their intention to join this extension.

14 |     IT IS SO STIPULATED.

15 |

16 | DATED: January 25, 2007    Respectfully submitted,

17 |     MUNGER, TOLLES & OLSON LLP

18 |

19 |     By:  */s/ Jerome C. Roth*
    JEROME C. ROTH
20 |     Attorneys for Defendant
    LG.PHILLIPS LCD AMERICA, INC.
21 | Of Counsel for Defendant:

22 |
 Michael R. Lazerwitz
23 | Jeremy J. Calsyn
 Lee F. Berger
24 | CLEARY GOTTLIEB STEEN &
  HAMILTON LLP
25 | 2000 Pennsylvania Avenue, NW
 Washington, DC  20006
26 | Telephone: (202) 974-1500
 Facsimile: (202) 974-1999
27 |

28 |

| | | |
|---|---|---|
| 1 | DATED: January __, 2007 | GOLD BENNETT CERA & SIDENER LLP |

By: /s/ _____
          JOSEPH M. BARTON

Attorneys for Plaintiff
INDUSTRIAL COMPUTING, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _January 26, 2007_____

_____
Honorable Bernard Zimmerman
Judge of the United States District Court