IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br>_____/<br>This Order Relates to:<br>ALL CASES<br><br>_____/ | No. M 07-1827 SI<br><br>MDL. No. 1827<br><br>**ORDER ADMINISTRATIVELY CLOSING CASES** |

Due to the filing of the consolidated complaints in this multi-district proceeding, the Court finds it appropriate to administratively close the individual class action cases listed on the attachment to counsel's November 2, 2009 letter. The November 2, 2009 letter and attachment are attached to this order.

**IT IS SO ORDERED.**

Dated: November 17, 2009

SUSAN ILLSTON
United States District Judge

<div style="display: flex; justify-content: space-between;">

LAW OFFICES
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104
(415) 433-9000
FAX (415) 433-9008
PSWPLAW.COM

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

</div>

November 2, 2009

Honorable Susan Illston
U.S. Courthouse
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

    Re:   *In re TFT-LCD (Flat Panel) Antitrust Litigation*
            Master File No. M07-1827 SI

Dear Judge Illston:

    On October 7, 2009, the Court conducted a telephone conference and instructed counsel to prepare a list of the individual class action cases that may be administratively closed due to the filing of the consolidated complaints in the above matter. In accordance with the Court's instructions, interim co-lead counsel for the direct and indirect purchaser plaintiffs, as well as liaison counsel for defendants, have conferred and compiled the attached list of class action cases for the Court to consider for administrative closure. Each of the cases is identified by party plaintiff and case number.

    If we can be of further assistance in this matter, please let us know.

                            Very truly yours,

                            PEARSON, SIMON, WARSHAW & PENNY, LLP

                            JONATHAN M. WATKINS

JMW
Enclosure

806414.1

# Individual Class Action Complaints Alleging TFT-LCD Conspiracy

|   | **Plaintiff(s)** |  | **Case No.** |
|---|---|---|---|
| 1 | Advanced Technology Distributors |  | 07-cv-00580 |
| 2 | Ajax Philadelphia, Inc. |  | 07-cv-00287 |
| 3 | Art's TV and Appliance |  | 07-cv-00393 |
| 4 | Aspen Building Technology, Inc. |  | 07-cv-02995 |
| 5 | Audio Video Artistry |  | 07-cv-02325 |
| 6 | Awakuni, Gail | Okita, John | 07-cv-03490 |
| 7 | Baker, Gladys |  | 07-cv-02359 |
| 8 | Bart LLC |  | 07-cv-01249 |
| 9 | Bates, Heidi |  | 07-cv-03671 |
| 10 | Beall, Scott |  | 07-cv-03069 |
| 11 | Benson, Tabatha | Brooks, Michael<br>Chung, Brittany<br>Solo, Joe | 07-cv-02892 |
| 12 | Bessette, Christopher |  | 07-cv-02740 |
| 13 | Bierling, Ryan J. |  | 07-cv-03075 |
| 14 | Blackwell, Lisa |  | 07-cv-00706 |
| 15 | Bly, Rebecca |  | 07-cv-03158 |
| 16 | Brock, Karen |  | 06-cv-07679 |
| 17 | Burt, James |  | 06-cv-07831 |
| 18 | Cabezas, Sara |  | 07-cv-00084 |
| 19 | Chamberlain, Lee R. |  | 07-cv-02956 |
| 20 | Cintron, Oscar |  | 07-cv-02987 |
| 21 | CMP Consulting |  | 06-cv-15417 |
| 22 | Community Business Bank |  | 07-cv-00813 |
| 23 | Computer World Solution, Inc. |  | 07-cv-00123 |
| 24 | Coyle, Peter |  | 07-cv-2955 |
| 25 | Crago Corporation |  | 06-cv-07644 |
| 26 | Custom Audio Video |  | 07-cv-00963 |
| 27 | Dahm, Collette M. |  | 07-cv-02932 |
| 28 | Davis, Kathleen C. |  | 07-cv-03070 |
| 29 | Defrancisco, Mauricio |  | 07-cv-05020 |
| 30 | DiMatteo, Tom |  | 07-cv-03072 |
| 31 | Diplomat Merchandise Corp. |  | 07-cv-00653 |
| 32 | Drew, Erin |  | 07-cv-01368 |
| 33 | Eisler, Scott |  | 07-cv-05019 |
| 34 | Elbaz, Jack |  | 07-cv-02358 |
| 35 | Eliasoph, Judd |  | 06-cv-07588 |
| 36 | Eliav, Michael |  | 06-cv-07931 |
| 37 | EMW, Inc. |  | 07-cv-02796 |
| 38 | Feins, Robin | Cirrone, Annie | 07-cv-05021 |
| 39 | Ferencsik, Chris |  | 07-cv-04074 |

# Individual Class Action Complaints Alleging TFT-LCD Conspiracy

| # | Name | | Case No. |
|---|---|---|---|
| 40 | Feser, Gail | | 07-cv-02357 |
| 41 | Figone, Jeffrey | | 07-cv-00042 |
| 42 | Fisher, William J. | | 07-cv-03367 |
| 43 | Flanagan, Donna Jeanne | | 07-cv-03068 |
| 44 | Fluorine On Call, Ltd. | | 07-cv-01344 |
| 45 | FME Architecture+Design | | 07-cv-01096 |
| 46 | Forlan, Amy | | 06-cv-07602 |
| 47 | Frybarger, Francis | | 07-cv-00967 |
| 48 | General Digital Corporation | | 07-cv-00452 |
| 49 | George, Robert | | 07-cv-02911 |
| 50 | Getz, R. Rez | | 07-cv-03066 |
| 51 | Giusti, Elenor | | 07-cv-03813 |
| 52 | Gober, Al | | 07-cv-02913 |
| 53 | Goodelman, Arthur | | 07-cv-01283 |
| 54 | Granich, Richard | | 07-cv-03081 |
| 55 | Gregory, Timothy R. | Walker, David | 07-cv-03670 |
| 56 | Griffith, Judith | | 07-cv-02933 |
| 57 | Hakim, Ari | | 07-cv-00304 |
| 58 | Hansen, Sarah | | 06-cv-07699 |
| 59 | Hansen, Chad | | 07-cv-02760 |
| 60 | Harmon, Robert S. | | 07-cv-02938 |
| 61 | Harrell, Roberta | | 06-cv-06190 |
| 62 | Hee, Jonathon | | 07-cv-00722 |
| 63 | Henderson, Will | | 06-cv-07609 |
| 64 | Ho, Byron | | 07-cv-00708 |
| 65 | Holtkamp, Lynne M. | | 07-cv-03366 |
| 66 | Humphrey, Miles H. | | 07-cv-02759 |
| 67 | Home Technologies Bellevue LLC | | 07-cv-00039 |
| 68 | IMCA | | 07-cv-05348 |
| 69 | Industrial Computing, Inc. | | 07-cv-00184 |
| 70 | Jafarian, Jeff | | 07-cv-00994 |
| 71 | Jou, Ling-Hung | | 07-cv-02934 |
| 72 | Juan, Jose | | 07-cv-03076 |
| 73 | Juetten, Michael | | 07-cv-00009 |
| 74 | Kelley, Allen | | 07-cv-03082 |
| 75 | Kerson, Robert | | 06-cv-07678 |
| 76 | Kornegay, Kaine | | 07-cv-01146 |
| 77 | Kovacevich, Joseph | | 07-cv-05372 |
| 78 | Larson, Jeffrey | | 07-cv-02914 |
| 79 | Lauricella, Timothy J. | | 07-cv-02953 |

## Individual Class Action Complaints Alleging TFT-LCD Conspiracy

| #   | Name                            | Additional Parties                                                         | Case Number  |
|-----|---------------------------------|----------------------------------------------------------------------------|--------------|
| 80  | Lawrence                        | McCleary<br>Peck<br>Hutchison                                              | 07-cv-04764  |
| 81  | Long, Tammy                     |                                                                            | 07-cv-02916  |
| 82  | Magic Video                     |                                                                            | 07-cv-01380  |
| 83  | Maites, Jamie                   | Troung, Stephanie                                                          | 06-cv-06542  |
| 84  | Markham, Richard A.             |                                                                            | 06-cv-06191  |
| 85  | Martel, Dr. Steven              |                                                                            | 06-cv-07888  |
| 86  | Martich, John                   |                                                                            | 07-cv-03079  |
| 87  | Mays, George                    |                                                                            | 07-cv-03084  |
| 88  | McKay, John                     | McKay Motors I, LLC                                                        | 07-cv-01348  |
| 89  | Minoli, Walden                  | Kittleson, John David                                                      | 07-cv-04969  |
| 90  | Mitt, Thomas P.                 |                                                                            | 07-cv-02912  |
| 91  | Mulvey, Martha                  |                                                                            | 07-cv-02937  |
| 92  | Murphy, Christopher             |                                                                            | 07-cv-02761  |
| 93  | Myers, Marshall                 |                                                                            | 07-cv-01232  |
| 94  | Nakash, Steven                  |                                                                            | 07-cv-03074  |
| 95  | Nash, Jo                        |                                                                            | 06-cv-07601  |
| 96  | Nassiff, Allen                  |                                                                            | 07-cv-03026  |
| 97  | Nathan Mucknick, Inc.           |                                                                            | 06-cv-06107  |
| 98  | Nehring, Karl J.                |                                                                            | 07-cv-03026  |
| 99  | Northway, Benjamin G.           |                                                                            | 07-cv-03024  |
| 100 | Omni Circuits International, LLC|                                                                            | 07-cv-00258  |
| 101 | Omnis Computer Supplies         |                                                                            | 07-cv-01362  |
| 102 | Orion Home Systems LLC          |                                                                            | 07-cv-00045  |
| 103 | Paguirigan, Jai                 | Pafuirigan, Amy                                                            | 07-cv-03216  |
| 104 | Pellitteri, Carman              | Pellitteri, Jeannie                                                        | 07-cv-04932  |
| 105 | Perry, Tara                     |                                                                            | 07-cv-03254  |
| 106 | Phelps Technologies             |                                                                            | 07-cv-01231  |
| 107 | Piscitello, Joseph              |                                                                            | 07-cv-02466  |
| 108 | Pulasky, John                   |                                                                            | 07-cv-04934  |
| 109 | Purdy, Timothy                  |                                                                            | 07-cv-03080  |
| 110 | Ralik, Elena                    |                                                                            | 07-cv-01272  |
| 111 | Ronco, Patricia                 |                                                                            | 07-cv-03078  |
| 112 | Rowlette, Candace               | Ayers, Michael F.                                                          | 07-cv-00039  |
| 113 | Royal Data Services             |                                                                            | 06-cv-07693  |
| 114 | Rozo, Frederick                 |                                                                            | 07-cv-01046  |
| 115 | Rywelski, Christopher C.        |                                                                            | 07-cv-02935  |
| 116 | Saia, Cynthia                   | Korwan, Geoffrey T.<br>Chapman, Tina<br>Edwards, Jeannette<br>Powelson, Gayle L. | 07-cv-00457  |

# Individual Class Action Complaints Alleging TFT-LCD Conspiracy

| | | | |
|---|---|---|---|
| 117 | Salem, Isaac | | 07-cv-01364 |
| 118 | Scott, Ann | Ann L. Scott & Co. | 07-cv-01822 |
| 119 | Selfridge, Susan | Corlett, Amiee | 07-cv-02915 |
| 120 | Sloan, Gregory | | 07-cv-04970 |
| 121 | Sorokin, Arthur | | 06-cv-07600 |
| 122 | Srimoungchanh, Kou | | 07-cv-02954 |
| 123 | Stack, William E. | Williams, Dena | 07-cv-05296 |
| 124 | Stern, Shawn | | 07-cv-03128 |
| 125 | Stromberg, Karen | | 07-cv-01842 |
| 126 | Sweatman, Lynn | | 07-cv-04933 |
| 127 | Truong, Henry | | 06-cv-07639 |
| 128 | Troung, Stephanie | | 06-cv-07640 |
| 129 | Univisions-Crimson Holding Inc. | Central New York Univision Video Systems Inc.<br>Crimson Tech Inc. | 07-cv-01666 |
| 130 | Valdez, Rosemary | | 07-cv-03210 |
| 131 | Waki, Fred | | 07-cv-03787 |
| 132 | Walters, Jeffrey L. | | 07-cv-02891 |
| 133 | Watson, James T. | | 07-cv-03067 |
| 134 | Watson, Robert Schuylar | | 07-cv-03073 |
| 135 | Weingarten, Marcia | | 07-cv-04931 |
| 136 | Williams, Wendy | | 07-cv-03129 |
| 137 | Wojnowski, Michele | | 07-cv-01184 |
| 138 | Wong, Albert | | 07-cv-00889 |
| 139 | WOW LLC | Cerda, Gina<br>Wolf, Jean-Marie<br>Ponce, Carlos<br>Piper, Patrick<br>Gornick, Gary<br>Juskiewicz, Karol<br>Decoite, Edward<br>Candido, John<br>Lewis, Anne<br>Carmignani, Don<br>Adami, Terry<br>Kavouniaris, Saki<br>Klare, Linda<br>Mitchell, Thomas | 07-cv-01339 |